**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 99-2425**

_____

MICHAEL HODGE,

Plaintiff - Appellant,

versus

KENNETH S. APFEL, COMMISSIONER OF SOCIAL SECURITY,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston.  Charles H. Haden II, Chief District Judge.  (CA-98-1096-2)

_____

Submitted:  April 20, 2000              Decided:  May 1, 2000

_____

Before MURNAGHAN, LUTTIG, and MOTZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Michael Hodge, Appellant Pro Se.  James Anthony Winn, Assistant Regional Counsel, SOCIAL SECURITY ADMINISTRATION, Philadelphia, Pennsylvania; Rebecca A. Betts, United States Attorney, Kelly Rixner Curry, Assistant United States Attorney, Charleston, West Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael Hodge appeals the district court's order accepting the recommendation of the magistrate judge and affirming the Commissioner of Social Security's finding that Hodge is not disabled and therefore not entitled to disability insurance benefits.  We have reviewed the record and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Hodge v. Apfel, No. CA-98-1096-2 (S.D.W. Va. Sept. 20, 1999).[*]  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's order is marked as "filed" on September 17, 1999, the district court's records show that it was entered on the docket sheet on September 20, 1999.  It is the date the order was entered on the docket sheet that we take as the effective date of the district court's decision.  See Fed. R. Civ. P. 58 and 79(a); Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).